UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT INTERNATIONAL
BRIDGE COMPANY, et al.,

    Plaintiffs,

v.

KIRK T. STEUDLE, *in his official capacity as director of the Michigan Department of Transportation*,

    Defendant.
_____/

Case No. 1:17-cv-172

HON. JANET T. NEFF

### ORDER

The Court having conducted a Pre-Motion Conference with counsel on June 19, 2017 concerning Defendant's proposed Motion to Dismiss under FED. R. CIV. P. 12 (ECF No. 8):

**IT IS HEREBY ORDERED** that Plaintiffs shall have until July 3, 2017 to file a First Amended Complaint, in accordance with the discussion on the record.

**IT IS FURTHER ORDERED** that Defendant's Pre-Motion Conference Request (ECF No. 8) is DENIED WITHOUT PREJUDICE; Defendant shall file an answer or renewed pre-motion conference request within 14 days of Plaintiffs' filing of the First Amended Complaint.

The parties shall otherwise adhere to the requirements for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov).

Dated: June 19, 2017

      /s/ Janet T. Neff
     JANET T. NEFF
     United States District Judge