UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **THE DETROIT INTERNATIONAL BRIDGE COMPANY**, a Michigan Corporation, and the **CANADIAN TRANSIT COMPANY**, a Canadian Special Act Corporation,<br><br>    *Plaintiffs*,<br>v.<br><br>**KIRK T. STEUDLE**, in his official capacity as director of the Michigan Department of Transportation,<br><br>    *Defendant*. | Case No. 1:17-cv-00172<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Kenneth F. Neuman (P39429)<br>Jennifer M. Grieco (P55501)<br>Neuman Anderson Grieco McKenney, P.C.<br>Attorneys for Plaintiffs<br>401 S. Old Woodward, Ste. 460<br>Birmingham, MI  48009<br>(248) 594-5252<br>kneuman@nagmlaw.com<br>jgrieco@nagmlaw.com | Michael J. Dittenber (P72238)<br>Assistant Attorney General<br>Attorney for Defedant Kirk Steudle as Director of MDOT<br>425 W. Ottawa<br>P.O. Box 30050<br>Lansing, MI 48909<br>(517) 373 – 1479<br><br>DittenberM@michigan.gov |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' COMPLAINT**
**WITHOUT PREJUDICE AND WITHOUT COSTS PURSUANT TO FRPC 41(a)(1)(A)(ii)**

      This Notice of Dismissal is being presented to the Court, upon stipulation by the parties, pursuant to FRPC 41(a)(1)(A)(ii), to voluntarily dismiss Plaintiffs' Complaint filed in this action **without prejudice**, and without costs or attorney fees,

**Stipulated by:**

/s/ Kenneth F. Neuman                          /s/ Michael J. Dittenber
Kenneth F. Neuman (39429)              Michael J. Dittenber (P72238)
Attorney for Plaintiffs                           Assistant Attorney General
                                                  Attorney for Defendant Kirk Steudle as Director of MDOT